# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH C. LAVIN, <br><br> Defendant/Judgment Debtor, <br><br> v. <br><br> MANUAL THERAPY INTERNATIONAL PROFESSIONAL SERVICES, PLLC, d/b/a MTI PHYSICAL THERAPY, <br><br> Garnishee. | Case No. MC19-0073RSL <br><br> ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT AND NOTICE TO DEFENDANT/ JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Joseph C. Lavin, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Manual Therapy International Professional Services, PLLC, d/b/a MTI Physical Therapy. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on June 17, 2019. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1  Dated this 19th day of June, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge