**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH C. LAVIN, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> MANUAL THERAPY INTERNATIONAL PROFESSIONAL SERVICES, PLLC, dba MTI Physical Therapy, <br><br> Garnishee. | NO. 2:19-MC-00073-RSL <br><br> (2:07-CR-00366-RSL-1) <br><br> **Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Manual Therapy International Professional Services, PLLC, dba MTI Physical Therapy (MTI Physical Therapy), has been duly issued and served upon the Garnishee. Pursuant to the Writ, MTI Physical Therapy filed its Form Answer on October 15, 2019, stating that at the time of the service of the Writ, Defendant/ Judgment Debtor Joseph C. Lavin's spouse, Wendy Lavin, was an active

CONTINUING GARNISHMENT ORDER (*USA v. Joseph C. Lavin & Manual Therapy International Professional Services, PLLC, dba MTI Physical Therapy,* 2:07-CR-00366-RSL-1 / 2:19-MC-00073-RSL) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

employee who was paid monthly, and who maintained interest in a 401(k) plan that is in the possession, custody, or control of the Garnishee.

After notification of the garnishment proceeding was mailed to the parties on or about September 10, 2019, the Defendant/Judgment Debtor and his spouse have not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, MTI Physical Therapy, shall pay to the United States District Court for the Western District of Washington, (1) the non-exempt earnings payable to Defendant/Judgment Debtor's spouse, Wendy Lavin, upon each period of time when Ms. Lavin is entitled to receive such funds, and (2) fifty percent (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts, including the 401(k) plan, in the Garnishee's possession, custody or control, in which Wendy Lavin is fully vested and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Lavin's restitution balance in full; and

That the Garnishee shall continue said payments, if any, until Defendant/Judgment Debtor Joseph C. Lavin's debt is paid in full or until Wendy Lavin is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to Ms. Lavin or until further order of this Court. This includes all monies

**CONTINUING GARNISHMENT ORDER (***USA v. Joseph C. Lavin & Manual Therapy International Professional Services, PLLC, dba MTI Physical Therapy,* **2:07-CR-00366-RSL-1 / 2:19-MC-00073-RSL) - 2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payment(s) shall be applied to Defendant/Judgment Debtor Joseph C. Lavin's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:07-CR-00366-RSL-1 and 2:19-MC-00073-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 10th day of March, 2020.

*/s/ S Lasnik*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER** (*USA v. Joseph C. Lavin & Manual Therapy International Professional Services, PLLC, dba MTI Physical Therapy,* 2:07-CR-00366-RSL-1 / 2:19-MC-00073-RSL) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970